No. 65048.—Sandoz, Inc. v. United States, protest 59/32584 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of fugitol, which product is not obtained from oil, fat, or fatty acids, described in the internal revenue code, but is derived in part from sperm oil and castor oil, which are not covered by that statute, the claim of the plaintiff was sustained.